**FILED**

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0103

_____

SKYLINE CONSULTING GROUP,

      Plaintiff and Appellant,

v.

MORTENSEN WOODWORK, INC.,

      Defendant and Appellee.

                                  O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause was classified for submission on briefs to a five-justice panel of this Court on August 17, 2022.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne H. McElyea, District Judge.

                              For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022